UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BARAJAS,<br><br>             Plaintiff,<br><br>        v.<br><br>ASHFORD TRS WALNUT CREEK LLC,<br><br>             Defendant. | Case No.  20-cv-01676-SK<br><br>**ORDER TO SHOW CAUSE** |

This action was filed on March 9, 2020.  (Dkt. 1.)  The parties stipulated to an extension of time to respond to the complaint on April 14, 2020.  (Dkt. 9.)  No response was filed, and Defendant has not appeared.  No further action has been taken in this matter.  Accordingly, the Court HEREBY ORDERS Plaintiff to SHOW CAUSE why this action should not be dismissed for failure to prosecute no later than February 3, 2021.

**IT IS SO ORDERED**.

Dated: January 27, 2021



SALLIE KIM
United States Magistrate Judge