United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN BARAJAS,

Plaintiff,

v.

ASHFORD TRS WALNUT CREEK LLC,

Defendant.

Case No. 20-cv-01676-CRB

**ORDER DENYING MOTION TO DISMISS AS MOOT**

On March 9, 2020, Plaintiff Kathleen Barajas sued Defendants Ashford TRS Walnut Creek LLC and Does 1–10 for violations of the Americans with Disabilities Act and California's Unruh Act. See Compl. (dkt. 1). On March 22, 2021, Ashford TRS moved to dismiss this case for lack of Article III standing and for failure to state a claim for which relief may be granted. See Mot. to Dismiss (dkt. 22) at 1. On April 2, 2021, Barajas filed an amended complaint (as she was entitled to do under Rule 15 of the Federal Rules of Civil Procedure). See Amend. Compl. (dkt. 28); Fed. R. Civ. P. 15(a). Given the amended complaint, the Court denies Ashord TRS's motion to dismiss the original complaint as moot. See Ramirez v. Cnty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: April 8, 2021

CHARLES R. BREYER
United States District Judge