IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BARAJAS,<br><br>    Plaintiff,<br><br>    v.<br><br>ASHFORD TRS WALNUT CREEK LLC,<br><br>    Defendant. | Case No. 20-cv-01676-CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Kathleen Barajas is suing Defendant Ashford TRS Walnut Creek LLC for alleged violations of the Americans with Disabilities Act and California's Unruh Civil Rights Act. See Amend. Compl. (dkt. 28) at 9–11. On April 16, 2021, Ashford TRS moved to dismiss the amended complaint. See Mot. to Dismiss (dkt. 30). Barajas filed an opposition on April 30, 2021, but her filing did not address Ashford TRS's motion to dismiss. See Opp. (dkt. 32). Instead, it contained a brief relating to a different case. See id.

Because Barajas has not timely responded to the arguments raised in Ashford TRS's motion to dismiss, the Court orders Barajas to show cause why the amended complaint should not be dismissed. Barajas may file a response to this order on or before June 3, 2021.

**IT IS SO ORDERED.**

Dated: May 27, 2021

CHARLES R. BREYER
United States District Judge